UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Madeleine C. Ball
_____
(List the name(s) of the plaintiff(s)/petitioner(s).)

RECEIVED
SDNY PRO SE OFFICE
2017 OCT 26  PM 2:37
S.D. OF N.Y.

____ Civ. 17-CV-4828(JMF) (____)

- against -

New York City Council, Melissa Mark-Viverito, Ramon Martinez, William Alatriste
(List the name(s) of the defendant(s)/respondent(s).)

**AFFIRMATION OF SERVICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/17

I, (print your name) Malcolm Kim, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): Summons & Complaint

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) hand delivery ($20 service fee, $2.75 transportation cost) to the following persons (list the names and addresses of the people you served):
B. Yee, authorized to accept service on behalf of New York City Council
100 Church St.
New York, NY 10007

on (date you served the document(s)) 10/25/2017, 10:45am.

10/26/2017
Dated

(I served the original summons)

Signature
Address: 381 Hooper St, Apt 6
City, State: Brooklyn, NY
Zip: 11211
Telephone Number: 716-597-7695
E-Mail Address: malcolmskim@gmail.com

Rev. 01/2013

O 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of New York

**Madeleine C. Ball**
*Plaintiff*

Civil Action No.: **17-CV-4828**
**JUDGE FURMAN (JMF)**

v

**New York City Council, Melissa Mark-Viverito, Ramon Martinez, William Alatriste**
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

New York City Council
100 Church St, New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or *(3)* you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff(s) attorney, whose name and address are:

*PRO SE*   Madeleine C. Ball
25-61 34th Street
Apt. 1
Astoria, NY 11103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J KRAJICK
*CLERK OF COURT*

Date: <u>August 10th, 2017</u>

*Signature of Clerk or Deputy Clerk*