UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

MADELEINE C. BALL,

                              Plaintiff,

        – against –

NEW YORK CITY COUNCIL, MELISSA MARK-VIVERITO, in her capacity as Speaker of the New York City Council, RAMON MARTINEZ, in his capacity as Chief of Staff for Council Speaker Melissa Mark-Viverito, and WILLIAM ALATRISTE, in his capacity as Staff Photographer for the New York City Council Press Office,

                             Defendants.

------------------------------------------------------------------------- x

**DECLARATION OF SERVICE**

17-CV-04828 (JMF)

      Tomasz Pacholec declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that on November 22, 2017, he served a true and correct copy of the foregoing **Notice of Motion for Dismissal of the Amended Complaint and Memorandum of Law in Support** upon the following:

                      Madeleine C. Ball
                      25-61 34th St., Apt. 1
                      Astoria, NY 11103

by regular mail, by depositing a copy enclosed in a properly prepaid mail wrapper to the above address in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated:  New York, New York
          November 22, 2017

                                                                   /s/
                                                      Tomasz Pacholec
                                                      Assistant Corporation Counsel
                                                      100 Church Street, Room 2-109C

New York, New York 10007
T: (212) 356-2470
tpachole@law.nyc.gov