UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MADELEINE C. BALL,

                              Plaintiff,

        – against –

NEW YORK CITY COUNCIL, RAMON MARTINEZ, in his individual capacity and in his official capacity as Chief of Staff for Council Speaker Melissa Mark-Viverito, and WILLIAM ALATRISTE, in his individual capacity and in his official capacity as Staff Photographer for the New York City Council Press Office,

                              Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF SERVICE**

17-CV-04828 (JMF)

        Tomasz Pacholec declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that on February 13, 2018, he served a true and correct copy of the foregoing **Notice of Motion for Dismissal of the Second Amended Complaint and Memorandum of Law in Support** upon the following:

                Madeleine C. Ball
                25-61 34th St., Apt. 1
                Astoria, NY 11103

by regular mail, by depositing a copy enclosed in a properly prepaid mail wrapper to the above address in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated:  New York, New York
          February 13, 2018

                                                          _____/s/_____
                                                           Tomasz Pacholec
                                                           Assistant Corporation Counsel
                                                           100 Church Street, Room 2-109C
                                                          New York, New York 10007

T:  (212) 356-2470
tpachole@law.nyc.gov